1  Tara Muren, Esq. SBN 260154
2  Michael Mixer, Esq. SBN 99073
   CIR, LAW OFFICES
3  8665 Gibbs Drive, Ste 150, San Diego, CA 92123
   Mailing: PO Box 23189, San Diego, CA 92193-3189
4  Tel:  (858) 496-8909, Ext. 3015
   Fax: (858) 496-5977

Attorney for Defendant
CIR, LAW OFFICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY FENN, | CASE NO. 10-CV-01903-SMS |
| Plaintiff, | |
| v. | **NOTICE OF MOTION AND MOTION OF DEFENDANT CIR, LAW OFFICES TO DISMISS** |
| CIR, LAW OFFICES, | [F. Rules Civ. Pro., rule 12(b)(6)] |
| Defendant. | DATE: June 17, 2011<br>TIME: 9:30A.M.<br>DEPT: 7<br>JUDGE: Hon. Sandra M Snyder |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on June 17, 2011 at 9:30 a.m., or soon thereafter as counsel can be heard before the Honorable Sandra M Snyder, in Courtroom 7 of this court, located at 2500 Tulare Street, Fresno, California 93721, Defendant CIR, LAW OFFICES (hereinafter "Defendant" or "CIR"), will and hereby does move this Court for an Order to dismiss Plaintiff, SHERRY FENN's entire Complaint pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is made on the grounds that Plaintiff FENN fails to state a claim upon which relief can be granted. Specifically, Defendant alleges:

1.  Count I for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") fails to allege ultimate facts sufficient to constitute a cause of action against Defendant. Plaintiff FENN fails to show:

(A)  Defendant violated the FDCPA; and/or

(B)  Defendant's violations were intentional.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Tara Muren, exhibits lodged herewith, and upon all of the records on file in this action, and upon such other and further evidence or argument that the Court may permit at the hearing in this matter.

Dated: April 18, 2011                    CIR LAW OFFICES


                                         By:  s/Tara Muren
                                              Tara Muren, Esq.
                                              Attorney for Defendant
                                              CIR, LAW OFFICES

1  Filed electronically on this 18th day of April, 2011, with:

2
3  United States District Court CM/ECF system

4  Copy electronically served on the 18th day of April, 2011, to:

5
6  Lara R. Shapiro
   4145 Via Marina #324
7  Marina del Rey, CA 90292

8  Lemberg & Associates LLC
9  1100 Summer Street
   Stamford, CT 06905
10

11  s/Tara Muren
12    Tara Muren