# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                                **JUDGMENT IN A CIVIL CASE**

**SHERRY FENN,**

                                                CASE NO: **1:10–CV–01903–SMS**

               v.

**CIR LAW OFFICES,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/29/11**

                                                **Victoria C. Minor**
                                                Clerk of Court

ENTERED:  **June 29, 2011**

                                by:  /s/  M. Verduzco
                                             Deputy Clerk